[No. 11061–6–I.   Division One.   June 6, 1983.]

*In the Matter of the Welfare of*
HENRY PARKER, JR.

DEBRA PARKER, *Appellant*, v. THE DEPARTMENT
OF SOCIAL AND HEALTH SERVICES,
*Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 80–7–00157–2, Liem E. Tuai, J., entered November 6, 1981. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Durham, A.C.J., and Scholfield, J.

[No. 10488–8–I.   Division One.   June 6, 1983.]

JOHN R. KELLEY, *Appellant,* v. AGNES R.
BURCHYSKI, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 861036, Frank L. Sullivan, J., entered June 5, 1981. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Durham, A.C.J., and Scholfield, J.

[No. 12095–6–I.   Division One.   June 6, 1983.]

*In the Matter of the Personal Restraint of*
JAY GLEN PERELMAN, *Petitioner.*

Petition for relief from personal restraint. The requested relief was *granted* by unpublished per curiam opinion.